UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE                                      )
                                           )
JEFFREY ALLAN SMITH                        )        CASE NO.  16-30838
                                           )
            Debtor(s)                      )

**OBJECTION TO MOTION FOR TURNOVER**

Comes now the Debtor(s), by counsel, and object(s) to the Chapter 7 Trustee's Motion

for Turnover filed in this case on February 22, 2017, on the grounds that the Debtor intends to

convert this case to a Chapter 13 bankruptcy for the purpose of, *inter alia*, curing the mortgage

arrearage on the Debtor's residence.  The assets that currently comprise the Chapter 7 bankruptcy

estate, of which certain assets are the subject of the Chapter 7 Trustee's Motion for Turnover,

shall revert to the Debtor upon the conversion of this case to a Chapter 13 bankruptcy.  The

Debtor(s) hereby request(s) a hearing on this issue.

/s/ Nicholas C. Catsadimas
Nicholas C. Catsadimas
Attorney for Debtor(s)
Law Offices of Nicholas C. Catsadimas, P.C.
205 East Jefferson Street
Valparaiso, Indiana  46383
Phone: (219) 465-6300
Fax:    (219) 465-3963
Email: catsadimaslaw@yahoo.com
Atty. No. 22007-64

CERTIFICATE OF SERVICE

The undersigned does hereby certify that on March 15, 2017, the foregoing paper or pleading was
duly electronically noticed or mailed via first class United States mail to the following:

Rebecca Hoyt Fischer, Rebecca@ladfislaw.com

Nancy J. Gargula, U.S. Trustee, 100 East Wayne Street, Room 555, South Bend, IN 46601

/s/ Nicholas C. Catsadimas
Nicholas C. Catsadimas